IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE WALKER | : | CIVIL ACTION |
| Petitioner | : | |
| vs. | : | |
| | : | NO. 09-CV-3644 |
| WARDEN DALE A. MEISEL, et al. | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this _____ day of June, 2010, upon review of the Petition for Writ of Habeas Corpus and Magistrate Judge Henry S. Perkin's Report and Recommendation, and having received no objections to the Report and Recommendation, it is hereby ORDERED that the Report and Recommendation is APPROVED and ADOPTED. The Petition is DISMISSED with prejudice. There is no probable cause to issue a certificate of appealability. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:


*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.